```
                                            FILED

                                      07 NOV 20 PM 3:15

                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:    OV        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

07 CR 3156 L

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ISAURO BIRRUETA-RODRIGUEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about October 18, 2007, within the Southern District of California, defendant ISAURO BIRRUETA-RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

JJO:nlv:San Diego
11/16/07

It is further alleged that defendant ISAURO BIRRUETA-RODRIGUEZ was removed from the United States subsequent to March 18, 1999.

DATED: November 20, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2