AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

MAR 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ISAURO BIRRUETA-RODRIGUEZ | CASE NUMBER: 07-CR-3156 L |

I, ISAURO BIRRUETA-RODRIGUEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony), being advised of the nature of the charges, the proposed superceding information, and of my rights, hereby waive in open court on _March 17, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Isauro Birrueta_
Defendant

_Kenneth R. McMullan_
Counsel for Defendant

Before _M. James Lorenz_
JUDICIAL OFFICER